UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA ELLISON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.  4:13MC54 RWS |
| STEVEN MADDEN, LTD | ) |
| Defendant. | ) |
| CONSTANCE GIRATOS, | ) |
| Movant. | ) |

## MEMORANDUM AND ORDER

Movant Constance Giratos has filed a motion to quash a deposition notice served on her by Plaintiff Samantha Ellison.  The deposition is scheduled for January 29, 2013.  The deposition concerns the underlying litigation entitled Samantha Ellison v. Steven Madden Ltd., Case No. CV 11-5935 PSG AGR pending in the United States District Court for the Central District of California.  Movant asserts that she has no interest in the underlying litigation which is the subject of this motion.  She prays that her deposition be stayed until this Court can rule on her motion to quash.

I find that the deposition of Movant should be stayed to allow a hearing of Movant's motion to quash.

Accordingly,

**IT IS HEREBY ORDERED that** Movant Constance Giratos motion to quash and stay her deposition [#1] is granted in part.  The deposition of Movant is hereby **STAYED** until further

notice of this Court.

**IT IS FURTHER ORDERED that** Plaintiff Samantha Ellison shall file a response to Movant's motion no later than **February 8, 2013**.

**IT IS FURTHER ORDERED that** a hearing of Movant's motion is set on **February 13, 2013 at 11:00 a.m.** in Courtroom 16 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2013.